# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00469-CV

**Lana Shannon, Appellant**

**v.**

**Austin Leased Housing Associates II, Limited Partnership, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-25-002526, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on September 11, 2025. On September 19, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by September 29, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed for Want of Prosecution

Filed: January 16, 2026